# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALLAH, SP/C 5% N.O.I., | Case No. C17-421-RAJ |
| Petitioner, | ORDER OF DISMISSAL |
| v. | |
| MARSHA J. PECHMAN, | |
| Respondent. | |

The Court, after careful consideration of petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus, the Report and Recommendation of the Honorable James P. Donohue, the governing authorities and the balance of the record, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation.

(2) Petitioner's proposed habeas petition, Dkt. 1, is DENIED, petitioner's motion for leave to proceed *in forma pauperis*, Dkt. 4, is DENIED as MOOT, and this case is DISMISSED with prejudice.

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED with respect to the Court's determination that petitioner's habeas petition is a second or successive petition.

\\
\\
\\

ORDER OF DISMISSAL
PAGE - 1

(4) The Clerk shall send copies of this Order to the parties and to Judge Donohue.

DATED this 12th day of May, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL
PAGE - 2